No. 12–6031. BURNETT v. NORMAN, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 12–6032. ARRINGTON v. SAUERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FOREST. C. A. 3d Cir. Certiorari denied.

No. 12–6034. RETANAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6038. DE MEDEIROS v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 12–6041. DUKES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▇▇▇▇▇▇▇

No. 12–6043. ROSADO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▇▇▇▇▇▇▇

No. 12–6044. CIACCI v. HAWAII. C. A. 9th Cir. Certiorari denied.

No. 12–6048. CREAMER v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 12–6052. RITCHIE v. FERRITER, DIRECTOR, MONTANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 12–6054. CRANE v. NORMAN, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 12–6057. ADAMS v. ADAMS. Sup. Ct. Ga. Certiorari denied.

No. 12–6059. EMERSON v. BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. Ct. App. Ind. Certiorari denied.

No. 12–6062. OUOLOGUEM v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied. ▇▇▇▇▇▇▇